**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
<u>Alexandria Division</u>**

| | |
|---|---|
| RE: ) | |
| ) | |
| Keefe, Stephen R.. ) | Case No. 08-13560-SSM____ |
| ) | |
| _____Debtor ) | Chapter 7 |

**<u>REPORT OF SMALL DIVIDENDS</u>**

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend due and payable to:

| **Creditors Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| T Mobile USA | 3I | $3.86 |
| Attn: Bankruptcy Department | | |
| PO Box 53410 | | |
| Bellevue, WA  98015-3410 | | |

Dated:  November 30, 2010                  /s/Gordon P. Peyton
                                                      Gordon P. Peyton
                                                      Virginia State Bar #5155
                                                      510 King Street, Suite 310
                                                      Alexandria, VA 22314
                                                      (703)684-2000